# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | CIVIL ACTION NO. 1:07-CV-0340 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of April, 2007, upon consideration of plaintiff's amended complaint (Doc. 7), and it appearing that the amended complaint, which is 203 pages in length, does not comply with the order of court directing plaintiff to file a direct, concise amended complaint on the civil rights form that was provided with no attachments, it is hereby ORDERED that:

1. The amended complaint (Doc. 7) is STRICKEN.

2. The Clerk of Court is directed to RETURN the document (Doc. 7) to plaintiff.

3. As previously ordered (Doc. 6), plaintiff has until May 1, 2007 to FILE an amended complaint utilizing the civil rights form. No attachments to the form will be accepted by the Court.

4. Failure to file an amended complaint within the specified time period will result in dismissal of the action for failure to comply with an order of court.

5. Plaintiff's motion for joinder of parties (Doc. 8) is DENIED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge