# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILTON KARRIEM MINCY,** | : | **CIVIL ACTION NO. 1:07-CV-0340** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM, et al.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 30th day of May, 2007, upon consideration of plaintiff's motion for reconsideration (Doc. 12), it is hereby ORDERED that the motion is DENIED.[1]

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Plaintiff is under the impression that the order of court closing the case of Mincy v. Klem, Civil Action No. 1:07-CV-0790, closed this case as well. He is mistaken. When plaintiff filed his amended complaint on April 30, 2007, the Clerk's Office considered it a new case and erroneously opened Civil Action No. 1:07-CV-0790 rather than docketing the amended complaint to this matter. The order that Mincy challenges directs the Clerk's office to close 1:07-CV-0790 and docket the amended complaint to this action. That order did not close this case.